FREDERICK STURZ, Appellant, *v.* FREDERICK S. FISCHER, Respondent.

*Sturz* v. *Fischer*, 19 App. Div. 198, appeal dismissed.
(Submitted June 6, 1898; decided June 14, 1898.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1897, reversing a judgment in favor of plain-

tiff entered upon a verdict, and an order denying a motion for a new trial, and granting a new trial.

The motion was made upon the ground that neither the order nor the judgment of reversal states whether the reversal was upon the law or the facts or upon both.

*Leopold Leo* for motion.

No one opposed.

Appeal dismissed, with costs.